**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 03-7381**

———

ALLAN L. GANT,

Plaintiff - Appellant,

versus

OFFICE OF THE UNITED STATES ATTORNEY, SOUTHERN
DISTRICT OF WEST VIRGINIA; UNITED STATES OF
AMERICA,

Defendants - Appellees.

———

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. John T. Copenhaver, Jr.,
District Judge. (CA-02-1145-2)

———

Submitted: December 11, 2003      Decided: December 22, 2003

———

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———

Affirmed by unpublished per curiam opinion.

———

Allan L. Gant, Appellant Pro Se.  Stephen Michael Horn, Assistant
United States Attorney, Charleston, West Virginia, for Appellees.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Allan L. Gant appeals the district court's order and judgment accepting the recommendation of the magistrate judge and dismissing Gant's civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gant v. Office of the United States Attorney, No. CA-02-1145-2 (S.D.W. Va. Aug. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED